UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **DEWAYNE MIDDLETON**<br>     **LA. DOC #116831** | **CIVIL ACTION NO. 15-2445**<br>**SECTION P** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **WARDEN BURL CAIN** | **MAGISTRATE JUDGE KAREN L. HAYES** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

**IT IS ORDERED, ADJUDGED, AND DECREED** that this Petition for Writ of *Habeas Corpus* be deemed **SUCCESSIVE** and that it be **DISMISSED** for want of jurisdiction.

**MONROE, LOUISIANA, this 3rd day of February, 2016.**

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE